IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RILEY NICOLE SHADLE, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CV3132 |
| V. | ) | |
| DR. RANDY KOHL, Medical services director, | ) | ORDER |
| Defendant. | ) | |

Since it appears that the plaintiff may have been diagnosed with Gender Identity Disorder prior to entry into prison and since it appears that the law in the Eighth Circuit is uncertain with respect to the obligation of prisons to treat Gender Identity Disorder with hormones and gender reassignment surgery,

IT IS ORDERED that:

(1) Filing no. 11, part 2, regarding the plaintiff's motion to appoint counsel is granted. Chief Judge Smith Camp has authorized the undersigned to appoint counsel pursuant to the provisions of the Federal Practice Fund. The particular lawyer to be appointed will be selected by the undersigned in the near future.

(2) The plaintiff's motion for miscellaneous relief (filing no. 8) is denied without prejudice.

DATED this 20th day of April, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge