IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RILEY NICOLE SHADLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. RANDY KOHL, Medical Services Director | CASE NO. 4:15 CV 3132<br><br><br>**ORDER** |

　　　　Pursuant to the Stipulation of the Plaintiff and Defendant, and the Court being fully advised, it is hereby ordered that the Plaintiff's claims against the Defendant are dismissed, without prejudice, each party to pay their own costs.

　　　　IT IS SO ORDERED.

　　　　DATED this 29th day of August, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　 s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge


Prepared By:
Jeanelle R. Lust - #20556
KNUDSEN, BERKHEIMER
RICHARDSON & ENDACOTT, LLP
3800 VerMaas Place, Suite 200
Lincoln, Nebraska 68502
(402) 475-7011